# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

PATRICK L GROM, a single person,

               Plaintiff,

VS.

CITY OF COEUR D'ALENE, CHIEF OF
POLICE LEE WHITE, SERGEANT JEFF
WALTHER, and OFFICER JOSEPH
SCHOLTEN, individually and in his official
capacity as a police officer for the City of
Cd'A,

               Defendants.

No:2:18-CV-468-BLW

Declaration of Service

*I Declare:*

1.      I am over the age of 18 years, and I am not a party to this action.

   2.   I served CHIEF OF POLICE LEE, with the following documents,

      [X] SUMMONS IN A CIVIL ACTION
      [X] COMPLAINT FOR CIVIL RIGHTS VIOLATIONS UNDER 42 U.S.C 1983

3.      The date, time and place of service

      Date: 3-26-19     Time: 2:00p.m.

      Address: 3818 Schreiber Way  Coeur d'Alene, ID 83815

*Declaration of Service - Page 1 of 2*

4.    **Service was made:**

[ ]    by delivery to the Entity/Person named in paragraph **2** above.


[X]    Substitute Service/Other -  SERGEANT JEFF WALTHER stated that CHIEF OF POLICE LEE WHITE was in a meeting and could not come out to the front lobby to accept person service. But, CHIEF OF POLICE LEE WHITE requested that SERGEANT JEFF WALTHER accept service on his behalf and that of OFFICER JOSEPH SCHOLTEN. I requested that SERGEANT JEFF WALTHER sign the copies of the first pages of the summons and complaint as he received them, and he did so.

Received by:  SERGEANT JEFF WALTHER


I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Signed at Spokane, WA on 3-26-2019

_____    Ron Uzeta
**Signature**    **Print or Type Name**

Gopher LLC- 921 N. Adams , Suite C. Spokane, WA 99201    Process Server Registered #1582

Business Principal License #2385
Private Investigator License #4642

**Fees:**

| | |
|---|---|
| Service | $65 |
| Mileage | |
| Total: | $65 |

*Declaration of Service - Page 2 of 2*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Idaho

| | |
|---|---|
| PATRICK L. GROM, a single person, ) | |
| ) | |
| ) | |
| ) | |
| *Plaintiff(s)* ) | Civil Action No.  2:18-cv-468-BLW |
| v. ) | |
| ) | |
| CITY OF COEUR D'ALENE, CHIEF OF POLICE LEE ) | |
| WHITE, SERGEANT JEFF WALTHER, and ) | |
| OFFICER JOSEPH SCHOLTEN, individually and in ) | |
| his official capacity as a police officer for City of Cd'A, ) | |
| *Defendant(s)* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  LEE WHITE, Chief of Police
Coeur d'Alene Police Department
3818 Schreiber Way
Coeur d'Alene, ID 83815

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Douglas D. Phelps, ISBA #4755
Phelps & Associates, P.S.
2903 N. Stout Road
Spokane, WA 99206
(509) 892-0467
phelps@phelpslaw1.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  _____10/25/2018_____



United States Courts
District of Idaho

**ISSUED**

*Jill Palkoner*
on Oct 25, 2018 12:34 pm

Douglas D. Phelps
Phelps & Associates, P.S.
2903 N. Stout Road
Spokane, WA 99206
Phone: (509)892-0467
Fax: (509)921-0802
ISBA # 4755

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PATRICK L. GROM, a single person,<br><br>                                        Plaintiff,<br><br>vs.<br><br>CITY OF COEUR D'ALENE, ,<br>CHIEF OF POLICE LEE WHITE,<br>SERGEANT JEFF WALTHER, and<br>OFFICER JOSEPH SCHOLTEN,<br>individually and in his official<br>capacity as a police officer for the<br>City of Coeur d'Alene,<br><br>                                        Defendants. | Case No. _____<br><br>**COMPLAINT FOR CIVIL RIGHTS VIOLATIONS UNDER 42 U.S.C. § 1983** |

COMES NOW the Plaintiff, PATRICK L. GROM, by and through his attorney, DOUGLAS D. PHELPS of PHELPS & ASSOCIATES, P.S., and for a cause of action against the Defendants above-named alleges as follows:

## I. INTRODUCTION

1.1   This is a civil action seeking compensatory and punitive damages against the Defendants for police brutality and excessive force, and for

COMPLAINT FOR CIVIL RIGHTS
VIOLATIONS UNDER 42 U.S.C. § 1983 – Page 1